**JHA Companies**
SURVEYORS
ENGINEERS
ENVIRONMENTAL
GIS MAPPING
www.jhacompanies.com

# Invoice

| Invoice # | 3367 |
|---|---|
| Invoice Date | 9/28/2012 |

**Bill To:**
Laney Ross
70442 Barton Road
St. Clairsville, OH 43950

| Project | Terms | Due Date |
|---|---|---|
|  |  | 9/28/2012 |

| Service Date | Description | Item | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/10/2012 | Prepared a proposal & PIF to subdivide a 5.2 acre tract for Laney Ross. | Surveyor, Professional | 0.5 | 100.00 | 50.00 |
| 9/13/2012 | Field work for Laney Ross subdivision | Survey Crew, 1 Person | 5.5 | 75.00 | 412.50 |
| 9/13/2012 | For subdivision of 5.2 acre tract, prepared data for for field crew. | Surveyor, Professional | 0.5 | 100.00 | 50.00 |
| 9/17/2012 | Field work for Ross subdivision | Survey Crew, 1 Person | 4 | 75.00 | 300.00 |
| 9/19/2012 | Prepared field stakeout of proposed 3 acre tract. | Surveyor, Professional | 0.5 | 100.00 | 50.00 |
| 9/20/2012 | Field work for Laney Ross subdivision | Survey Crew, 1 Person | 4 | 75.00 | 300.00 |
| 9/13/2012 | 5 miles | Mileage | 5 | 0.555 | 2.78 |
| 9/17/2012 | 5 miles | Mileage | 5 | 0.555 | 2.78 |
| 9/20/2012 | 5 miles | Mileage | 5 | 0.555 | 2.78 |

Please make checks payable to:
Joe Hunt & Associates, Inc.
PO Box 777
New Milford, PA 18834-0777

Phone: 570-465-4600 Ext. 103
Email: joehunt@jhacompanies.com
Web: www.jhacompanies.com

**Total** $1,170.84