Davis & Kotur Law Office Co. LPA
407 Howard Street
Bridgeport, OH  43912

**Invoice for Services**

**Client:     Ross, Laney**                              **Attorney Rate: $100.00/hour**

| Date | Services Performed | Rate | Hours | Total |
|---|---|---|---|---|
| 10/12/2015 | Call to LeAnn Covey re: servicer issue and returned payments from Bayview; left message. Called Bayview on phone number on POC; records only showing 2 mortgages held by Bayview, neither of the ones at issue. Checked on Recorder's website to see if mortgages had been assigned – no.  Called SN Servicing – closed for Columbus Day. Respond to LeAnn Covey email; texted Laney re: case and issues. | Attorney | 0.8 | $80.00 |
| 10/15/2015 | Review emails from LeAnn Covey.  Email Stephen Franks to see if he is handling mortgages at issue. | Attorney | 0.1 | $10.00 |
| 10/20/2015 | Review email from Anne Smith at WWR | Attorney | 0.1 | $10.00 |
| 10/22/2015 | Forwarded email from Anne Smith to Mel Burns.  Reviewed reply email.  Emailed Anne Smith and asked her to update the payment address with the Court. | Attorney | 0.2 | $20.00 |
| 11/12/2015 | Review email from Mel Burns re: status of the situation.  Review the prior emails. Review docket to see | Attorney | 0.3 | $30.00 |

| | | | | |
|---|---|---|---|---|
| | if payment address had been updated. Send email to Anne Smith for an update on address change. Send email to Mel to give her an update and discuss issue re: Laney's double payment | | | |
| 11/16/2015 | Follow up emails to Anne Smith and Mel Burns and Joseph McCandlish. | Attorney | 0.3 | $30.00 |
| 04/25/2016 | Emails to Mel Burns; review documents in file; pull assignments of mortgages from Belmont County; phone calls to Bayview; begin drafting objection to claim for 48260 National Road; gather necessary documents for objections | Attorney | 2.4 | $240.00 |
| 04/26/2016 | Finalize objection to claim 22; file objection to claim 22; draft and file objection to claim 24; copy and serve all documents; prepare and file certificate of service to add additional Bayview address; Call to Mia Connor at LSR regarding Wells Fargo Mortgage for 172 Newell | Attorney | 2.5 | $250.00 |
| 04/26/2016 | Postage | | | $15.70 |
| 06/16/2016 | Draft and upload orders on objections to claim | Attorney | 0.3 | $30.00 |
| 07/18/2016 | Draft and file withdrawal objections to claims; begin drafting adversary | Attorney | 0.6 | $60.00 |

| | | | | |
|---|---|---|---|---|
| | complaint | | | |
| 07/19/2016 | Complete drafting adversary complaint; call to number purported to be MTGLQ Investors, L.P., in Texas; email to Mia Connor regarding Wells Fargo mortgage | Attorney | 2.6 | $260.00 |
| 07/19/2016 | Fee for searches on Texas Secretary of State website for registered agent for MTGLQ Investors, L.P. at 6011 Connection Drive, Irving, TX | Attorney | | $3.00 |
| 07/25/2016 | Proofread complaint; prepare exhibits | Attorney | 1.2 | $120.00 |
| 07/26/2016 | Final preparation of complaint; email Mel Burns for current amounts being held by trustee; file AP; prepare summons and serve complaint; file summons COS | Attorney | 2.3 | $230.00 |
| 07/26/2016 | Postage | | | $8.80 |

**Balance due:    $1,397.50**